# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10cv110-RJC-DSC

| | |
|---|---|
| THE INSPIRATIONAL NETWORK, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TMH TELEMEDIA SERVICES, LTD. )<br>and )<br>TMH TELEMEDIA SERVICES, INC. )<br>)<br>Defendants. )<br>) | ORDER |

**THIS MATTER** is before the Court on the Defendants' respective motions to dismiss (Doc. Nos. 6 and 10) and the Plaintiff's Amended Complaint (Doc. No. 12).

It is well settled that a timely filed amended pleading supersedes the original pleading, and that motions directed at superseded pleadings are to be denied as moot. Accord Young v. City of Mount Ranier, 238 F. 3d 567, 573 (4th Cir. 2001) (amended pleading renders original pleading of no effect); Colin v. Marconi Commerce Systems Employees' Retirement Plan, 335 F.Supp.2d 590, 614 (M.D.N.C. 2004) (defendants' earlier motions for more definite statement, to dismiss first amended complaint, and for summary judgment as to one count of first amended complaint rendered moot by filing of plaintiff's second amended complaint); and Turner v. Kight, 192 F. Supp. 2d 391, 397 (D. Md. 2002) (denying as moot motion to dismiss original complaint on grounds that amended complaint superseded original complaint).

**IT IS, THEREFORE, ORDERED** that TMH Telemedia Services, Inc.'s Motion to Dismiss (Doc. No. 6) and TMH Telemedia Services, Ltd.'s Motion to Dismiss Plaintiff's Second Claim for Relief (Doc. No. 10) are **DENIED** as moot.

**SO ORDERED.**

Signed: April 29, 2010

Robert J. Conrad, Jr.
Chief United States District Judge