IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| THE INSPIRATIONAL NETWORK, INC., | )<br>) |
| Plaintiff, | )  No. 3:10-CV-110-RJC-DSC<br>) |
| vs. | )<br>)  **ORDER** |
| TMH TELEMEDIA SERVICES LIMITED and<br>TMH TELEMEDIA SERVICES, INC., | )<br>) |
| Defendants. | )<br>)<br>) |

**THIS MATTER** came before the Court pursuant to Plaintiff The Inspirational Network, Inc.'s ("Inspiration") "Consent Motion to Extend Mediation Deadline" (document #53). Having considered the filings and the pleadings, it appears to the Court that there is good cause to grant Inspiration's Motion.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS**:

The "Consent Motion to Extend Mediation Deadline" (document #53) is **GRANTED** and the mediation deadline is extended to July 15, 2011.

**SO ORDERED**.                Signed: July 1, 2011

David S. Cayer
United States Magistrate Judge