# United States District Court
# For The Western District of North Carolina
# Charlotte Division

The Inspirational Network, Inc.,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.

TMH Telemedia Services Limited
and TMH Telemedia Services, Inc.,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 24, 2011 and November 8, 2011 Orders.

Signed: November 8, 2011

Frank G. Johns, Clerk
United States District Court